# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2020

159883

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 159883
COA: 337796
Washtenaw CC: 15-000590-FC

DERRYL WADE SHELTON,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 27, 2018 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals to consider whether the prosecutor's references to the defendant's prearrest silence were relevant and admissible under MRE 401 and MRE 403, see *People v Cetlinksi*, 435 Mich 742, 760-761 (1990), and if not, whether it is more probable than not that the error was outcome determinative, *People v Musser*, 494 Mich 337 (2013).

The Court of Appeals shall forward its decision on remand to the Clerk of this Court within 56 days of the date of this order.

We retain jurisdiction.



p0624

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2020



Clerk